90 A.3d 641

IN THE MATTER OF ROGER P. FRYE, AN ATTORNEY
AT LAW (ATTORNEY NO. 014791982).

May 22, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–268, concluding that **ROGER P. FRYE** of **AUDUBON,** who was admitted to the bar of this State in 1982, should be reprimanded;

And **ROGER P. FRYE** having been disbarred by Order of this Court filed this date (D–58–13; 073746);

And good cause appearing;

It is ORDERED that the decision of the Disciplinary Review Board in DRB 12–268 is hereby dismissed as moot.